DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUERDY EXILHOMME,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2888

[August 28, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2018-CF-001235-AXXX-MB.

Daniel Tibbit of Daniel J. Tibbit, P.A., North Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed without prejudice to raising issues on postconviction relief proceedings.

WARNER, CIKLIN and LEVINE, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*